AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Bruce Jacobson, D.C., et al.<br><br>*Defendant(s)* | Civil Action No. 15-7236   ERK-RML |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider "A".

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Max Gershenoff, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/22/2015                              *s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-7236 ERK-RML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

## RIDER "A" TO SUMMONS IN
### Government Employees Insurance Co., et al. v. Bruce Jacobson, D.C., et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,      Docket No.: 15-7236

                Plaintiffs,

      -against-                                         **Plaintiff Demands a Trial by Jury**

BRUCE JACOBSON, D.C.,
BMJ CHIROPRACTIC, P.C.,
NJ PAIN TREATMENT, P.C.,
JACOBSON CHIROPRACTIC, P.C.,
DR. BRUCE JACOBSON DC P.C.,
NJ NEURO & PAIN, P.C.,
DIANA BEYNIN, D.C.,
PETER ALBIS, D.C.,
GERLANDO ZAMBUTO, D.C.,
STEPHEN GIORGIO, D.C.,
ROBERT KLASS, D.C.,
DIPTI PATEL, D.C.,
JONGDUG PARK, D.C.,
HAROLD JAMES, M.D.,
TIMOTHY MORLEY, D.O.,
ANTONIO CORONA, M.D.,
AZUBUOGO AJUDUA, M.D. a/k/a AZU AJUDUA, M.D.,
THOMASINA STRIANO, D.C.,
BHUPINDER SINGH SAWHNEY, M.D.,
SHEILA SOMAN, M.D., and
JOHN DOE DEFENDANTS "1" – "10",

                Defendants.
------------------------------------------------------------------------X

**Named Defendants:**

**Bruce Jacobson, D.C.**
800 12th Street, Apartment 901
Palisades Park, New Jersey 07650

29 Yardley Manor Drive
Matawan, New Jersey 07747

**BMJ Chiropractic, P.C.**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**NJ Pain Treatment, P.C.**
c/o Bruce Jacobson, D.C.
800 12th Street, Apartment 901
Palisades Park, New Jersey 07650

c/o Bruce Jacobson, D.C.
29 Yardley Manor Drive
Matawan, New Jersey 07747

**Jacobson Chiropractic, P.C.**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**Dr. Bruce Jacobson DC, P.C.**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**NJ Neuro & Pain, P.C.**
c/o Bruce Jacobson, D.C.
800 12th Street, Apartment 901
Palisades Park, New Jersey 07650

c/o Bruce Jacobson, D.C.
29 Yardley Manor Drive
Matawan, New Jersey 07747

**Diana Beynin, D.C.**
515 Main Street, Apartment 9A
Chatham, New Jersey 07928

**Peter Albis, D.C.**
57 Thistle Lane
Hopewell Junction, New York 12533

**Gerlando Zambuto, D.C.**
13 Tam O Shanter Lane
Boca Raton, Florida 33431

**Stephen Giorgio, D.C.**
48 Floradora Drive
Mastic, New York 11950

**Robert Klass, D.C.**
53 Bayberry Lane
Smithtown, New York 11787

**Dipti Patel, D.C.**
21419 18th Avenue, 3rd Floor
Bayside, New York 11360

**Jongdug Park, D.C.**
3 Consulate Drive, Apartment 1N
Tuckahoe, New York 10707

**Harold James, M.D.**
2089 North Avenue
Bridgeport, Connecticut 06604

**Timothy Morley, D.O.**
4 Lafayette Court, Apartment 3C
Greenwich, Connecticut 06830

**Antonio Corona, M.D.**
22 Westland Drive
Glen Cove, New York 11542

**Azubuogo Ajudua, M.D. a/k/a Azu Ajudua, M.D.**
954 Seaview Drive
Oyster Bay, New York 11771

**Thomasina Striano, D.C.**
126 Virginia Avenue
Dobbs Ferry, New York 10522

**Bhupinder Singh Sawhney, M.D.**
851 Boulevard East, Apartment E1
Weehawken, New Jersey 07086

**Sheila Soman, M.D.**
400 West 58th Street, Apartment 3A
New York, New York 10019