**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY AND GEICO CASUALTY CO.

Plaintiff(s)/Petitioner(s)

- against -

BRUCE JACOBSON, D.C., ET AL.

Defendant(s)/Respondent(s)

INDEX #: 15-7236 (ERK-RML)
DATE FILED: 12/22/2015
ATTORNEY FILE#: 005100-01007

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/28/2015, 10:15AM at 99 WASHINGTON AVENUE, SUITE #600, ALBANY NY 12231, deponent served the within SUMMONS (WITH RIDER) IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & DISCLOSURE STATEMENT-FEDERAL RULES CIVIL PROCEDURE 7.1 on DR. BRUCE JACOBSON DC P.C., a defendant in the above action.

Deponent served SUE ZOUKY, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306 of the BCL.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 55    Approximate height 5'04"    Approximate weight 125    Color of skin WHITE    Color of hair BLACK

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

MICHAEL CORLEONE

Sworn to before me on 12/29/2015
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017