# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY AND GEICO CASUALTY CO.

Plaintiff(s)/Petitioner(s)

- against -

BRUCE JACOBSON, D.C., ET AL.

Defendant(s)/Respondent(s)

INDEX #: 15-7236 (ERK-RML)
DATE FILED: 12/22/2015
ATTORNEY FILE#: 005100-01007

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/24/2015, 07:25AM at 813 SPRING LAKE DRIVE, MIDDLE ISLAND NY 11953, deponent served the within SUMMONS (WITH RIDER) IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & DISCLOSURE STATEMENT-FEDERAL RULES CIVIL PROCEDURE 7.1 on STEPHEN GIORGIO, D.C., a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M  Approximate age 56  Approximate height 5'11"  Approximate weight 275  Color of skin WHITE  Color of hair GRAY

STEPHEN GIORGIO, D.C. told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 01/04/2016
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017