UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY AND GEICO CASUALTY CO.

Plaintiff(s)/Petitioner(s)

INDEX #: 15-7236 (ERK-RML)
DATE FILED: 12/22/2015

- against -

BRUCE JACOBSON, D.C., ET AL.

Defendant(s)/Respondent(s)

ATTORNEY FILE#: 005100-01007

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 01/12/2016, 10:25AM at 1155 WEST CHESTNUT STREET, SUITE #1D, UNION NJ 07083, deponent served the within SUMMONS (WITH RIDER) IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & DISCLOSURE STATEMENT-FEDERAL RULES CIVIL PROCEDURE 7.1 on NJ PAIN TREATMENT, P.C., a defendant in the above action.

By delivering to and leaving with DAMARIS ORTIZ at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 28   Approximate height 5'05"   Approximate weight 128   Color of skin WHITE   Color of hair BROWN   Other GLASSES

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 01/18/2016
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017