UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO
INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY
AND GEICO CASUALTY CO.

Plaintiff(s)
Petitioner(s)

- against -

BRUCE JACOBSON, D.C., ET AL.

Defendant(s)
Respondent(s)

INDEX #:
15-7236 (ERK-RML)
DATE FILED:
12/22/2015

ATTORNEY FILE#:
005100-01007

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 01/12/2016, 10:25AM at 1155 WEST CHESTNUT STREET, SUITE #1D, UNION NJ 07083, deponent served the within SUMMONS (WITH RIDER) IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & DISCLOSURE STATEMENT-FEDERAL RULES CIVIL PROCEDURE 7.1 on BRUCE JACOBSON, D.C., a defendant in the above action.

By delivering a true copy thereof to and leaving with DAMARIS ORTIZ/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW JERSEY.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 01/16/2016 addressed to defendant BRUCE JACOBSON, D.C. at 1155 WEST CHESTNUT STREET, SUITE #1D, UNION NJ 07083 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 28   Approximate height 5'05"   Approximate weight 128   Color of skin WHITE   Color of hair BROWN   Other GLASSES

DAMARIS ORTIZ told the deponent that BRUCE JACOBSON, D.C. was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 01/18/2016
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017