**GTPC** | **GARY TSIRELMAN P.C.**
ATTORNEYS & COUNSELORS AT LAW

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 • F: (718) 438-8883
nbowers@gtmdjd.com

| Gary TSIRELMAN M.D. | Stefan BELINFANTI | Douglas MACE |
| Darya KLEIN | Ilya MURAFA | Jennifer RAHEB |
| Selina CHIN | Nicholas BOWERS | Evan POLANSKY |
| David GOTTLIEB | | |

6/18/2018

BY ECF
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Government Employees Insurance Company, et al., v. Bruce Jacobson, et al., Index No. 15-cv-07236*; Motion to Extend Discovery Deadlines

Dear Judge Levy:

    We write on behalf of Defendants Bruce Jacobson, D.C., BMJ Chiropractic, P.C., NJ Pain Treatment, P.C., Jacobson Chiropractic, P.C., Dr. Bruce Jacobson DC, P.C., and NJ Neuro & Pain, P.C., to request an extension of the discovery schedule in this matter. Plaintiffs have consented to this request.

    Defendants require this extension to depose Hazel Brown, a former employee of Plaintiffs heavily involved into the investigation of Defendants. As discussed at the hearing before Your Honor on May 9, 2018, Defendants requested Ms. Brown's address from Plaintiffs. Plaintiffs sent Ms. Brown's contact information to Defendants on June 7, 2018. Shortly thereafter, Defendants served Ms. Brown with a subpoena seeking her testimony at a deposition originally scheduled for today at 10 a.m. Ms. Brown's attorneys contacted Defendants' counsel late last week to reschedule the deposition for a date in August. Ms. Brown's attorneys advised the undersigned that she would not be available under any circumstances for a deposition before August due to medical issues and planned family travel. Defendants therefore request this extension to accommodate Ms. Brown.

    The parties have consented to a two-month extension of all remaining deadlines. The proposed changes to the discovery schedule are as follows:

    a. Close of fact discovery moved from June 20, 2018 to August 20, 2018;
    b. Plaintiffs' reports due date extended from July 16, 2018 to September 17, 2018;

      c. Defendants' reports due date extended from August 17, 2018 to October 17, 2018;
      d. Expert depositions completion date extended from September 20, 2018 to November 20, 2018;
      e. Requests for pre-motion conferences for summary judgment motions due submitted extended from October 18, 2018 to December 21, 2018.

This extension would not affect any other scheduled deadlines or conferences.

Thank you.

                                                    Respectfully,
                                                    /s/ _____
Cc: All Counsel via ECF                 Nicholas Bowers, Esq.
                                                    *Counsel for Defendants named herein*
                                                      Gary Tsirelman P.C.
                                                      129 Livingston, 2nd Floor
                                                      Brooklyn NY 11201