**GTPC** GARY TSIRELMAN P.C.

ATTORNEYS & COUNSELORS AT LAW

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 • F: (718) 438-8883
nbowers@gtmdjd.com

| Gary TSIRELMAN M.D. | Stefan BELINFANTI | Douglas MACE |
| Darya KLEIN | Ilya MURAFA | Jennifer RAHEB |
| Selina CHIN | Nicholas BOWERS | Evan POLANSKY |
| David GOTTLIEB | | |

6/18/2018

BY ECF
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Government Employees Insurance Company, et al., v. Bruce Jacobson, et al., Index No. 15-cv-07236*; Response to Plaintiffs' Motion to Compel

Dear Judge Levy:

      We write on behalf of Defendants Bruce Jacobson, D.C., BMJ Chiropractic, P.C., NJ Pain Treatment, P.C., Jacobson Chiropractic, P.C., Dr. Bruce Jacobson DC, P.C., and NJ Neuro & Pain, P.C., ("GTPC Defendants") in response to Plaintiffs' motion to compel production of Defendants' tax returns and communications filed on 6/11/2018 at ECF No. 132.

      The parties have conferred and GTPC Defendants have agreed to produce the documents and information sought by Plaintiffs in their motion at ECF No. 132 by Friday, June 22, 2018. The production will consist of allowing Plaintiffs' counsel to inspect a cellular phone containing text message communications between Dr. Jacobson and his employees and associates and/or, at Plaintiffs' option, a document reflecting the text of the messages, including the dates, times, and associated telephone numbers. GTPC Defendants have also agreed to provide authorizations to Plaintiffs to seek GTPC Defendants' tax returns for 2012 through 2015 from the Internal Revenue Service and the New York State Department of Taxation and Finance.[1] GTPC Defendants, in conference with Plaintiffs' counsel, believe that this agreement resolves the issues Plaintiffs have raised in their motion to compel.

      Thank you for your consideration of this letter.

Respectfully,
/s/ _____
Nicholas Bowers, Esq.
*Counsel for Defendants named herein*
Gary Tsirelman P.C.
129 Livingston, 2nd Floor
Brooklyn NY 11201

Cc: All Counsel via ECF

---

[1] Defendants' tax returns for 2016 and 2017 are subject to a separate motion to compel that GTPC Defendants already opposed. The Court has set a hearing on that motion for June 27, 2018. The parties have not resolved that motion.

-page 1-

-page 2-