**EXHIBIT "A"**

JEFF PEARLMAN
CERTIFIED PUBLIC ACCOUNTANT

50 Pecan Valley Drive
New City, N.Y. 10956
Tel.: 845-638-1188
Fax: 845-638-1182
E-mail:

## Fax/Memo

To: MR SEAN GORTON

Re: BRUCE JACOBSEN DC
Issue:
ID #
Period(s)

Attention:
Date: 9/16/18
Fax/e-mail: sean.gorton@rivkin.com
Response required:

COMMENTS:
I DON'T SEE ANY RETURN ON JACOBSON FOR 2013, 2014 OR 2015. I CHECKED THE "S" COMPANIES, "C" CORPORATIONS OR PERSONAL RETURNS

SORRY BUT NOTHING SHOWS UP

encl.
cc
E-mail: pearlman.jeffrey@gmail.com