# APPENDIX "A"

## Appendix "A"
**Persons/Entities**

- Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, GEICO Casualty Company
- Bruce Jacobson, D.C.
- BMJ Chiropractic, P.C.
- NJ Pain Treatment, P.C.
- Jacobson Chiropractic, P.C.
- Dr. Bruce Jacobson DC, P.C.
- NJ Neuro & Pain, P.C.
- Diana Beynin, D.C.
- Peter Albis, D.C.
- Premier Health Choice Chiropractic, P.C.
- Gerlando Zambuto, D.C.
- Stephen Giorgio, D.C.
- Robert Klass, D.C.
- Dipti Patel, D.C.
- Jongdug Park, D.C.
- Harold James, M.D.
- Timothy Morley, D.O.
- Antonio Corona, M.D.
- Azubuogo Ajudua, M.D. a/k/a Azu Ajudua, M.D.
- Woodhaven Comprehensive Medical, PC
- Starret City Medical, PC
- Hollis Novel Comprehensive Medical, PC
- Thomasina Striano, D.C.
- Advanced Chiropractic Care, P.C.
- Bhupinder Singh Sawhney, M.D.
- Shelia Soman, M.D.
- Andrew Cordaro, M.D.
- Distinctive Medical, P.C.
- LS Medical, P.C.
- Peter Rhee
- Steven Kim
- SK Entertainment
- Kariuki Sumter
- Jemaris Rodriguez
- Daniel Chumsky
- Jeffrey Pearlman
- Randolph Wey
- Rizwan Chaudry
- Janan Sayyed, D.C.
- Giulio Caruso, D.C.

- 5 Star Comprehensive Diagnostic Inc
- Aman Physical Therapy
- AOT Chiropractic
- CSC Medical PC
- Health Balance Medical PC
- Innovative Health Chiropractic PC
- Jamaica Chiropractic, PC
- Morris Park Primary Medical Care PC
- Ralph Innovative Medical PC
- TM Medical
- David Schwam
- Epic Capital Partners LLC
- Socket Capital LLC
- Hazel Brown
- Michael DeGrocco
- Courtney Wolfe
- Donald Alosio, D.C.
- Robert Odell, Jr., PhD
- Edward Cremata, D.C., R.N., F.R.C.P.
- John Robinton, M.D.

**Locations (Clinics/ASCs/Administrative Office)**

- 1 Fulton Avenue, Suite 17, Hempstead, NY
- 100-05 Roosevelt Avenue, Corona, NY
- 102-32 Jamaica Avenue, Richmond Hill, NY
- 102-06 Metropolitan Avenue, Forest Hills, NY
- 105-10 Flatlands Avenue, Brooklyn, NY
- 106-05 Metropolitan Avenue, Forest Hills, NY
- 109-17 46th Avenue, Corona, NY
- 116-05 Jamaica Avenue, Richmond Hill, NY
- 1155 West Chestnut Avenue, Union, NJ
- 1219 Hillside Avenue, Bronx
- 1219 Liberty Avenue, Hillside, NJ
- 1225 Franklin Avenue, Garden City, NY
- 127-17 Jamaica Avenue, Jamaica
- 1310 Pugsley Avenue, Bronx, NY
- 150-11 Hillside Avenue, Jamaica, NY
- 152-80 Rockaway Boulevard, Jamaica, NY
- 1552 Ralph Avenue, Brooklyn, NY
- 172-17 Jamaica Avenue, Jamaica, NY
- 1730 Central Avenue, Yonkers, NY
- 190 Midland Avenue, Saddle Brook, NJ
- 193-02 Northern Boulevard, Flushing, NY

- 1975 Linden Boulevard, Elmont, NY
- 1981 Marcus Avenue, New Hyde Park, NY
- 201 Main Street, Nyack, NY
- 205-07 Hillside Avenue, Hollis, NY
- 207-05 Hillside Avenue, Hollis, NY
- 2270 Kimball Street, Brooklyn, NY
- 2309 Arthur Avenue, 2nd Floor, Bronx, NY
- 2363 Ralph Avenue, Brooklyn, NY
- 2432 Grand Course, Bronx, NY
- 2451 East Tremont Avenue, Bronx, NY
- 2465 East Tremont Avenue, Bronx, NY
- 2510 Westchester Avenue, Bronx, NY
- 2611 Merrick Road, Bellmore, NY
- 270-05 Hillside Avenue, Hollis, NY
- 297 Burnside Avenue, Lawrence, NY
- 321 Essex Street, Hackensack, NJ
- 3407 White Plains Road, Bronx, NY
- 381 Sunrise Highway, Lynbrook, NY
- 4226A 3rd Avenue, Bronx, NY
- 4363 Ralph Avenue, Brooklyn, NY
- 441 Lorimar Street, Brooklyn, NY
- 443 Winthrop Street, Brooklyn, NY
- 444 Market Street, Saddle Brook, NJ
- 4564 162nd Street, Flushing, NY
- 4738 Broadway, New York, NY
- 5321 Flatlands Avenue, Brooklyn
- 550 W Merrick Road, Valley Stream, NY
- 5607 Avenue L, Brooklyn, NY
- 57 IRA Road, Syosset, NY
- 5912 Flatlands Avenue, Brooklyn, NY
- 597-599 Southern Boulevard, Bronx, NY
- 60-40 82nd Street, Middle Village, NY
- 63-70 Woodhaven Boulevard, Rego Park, NY
- 64 Nagle Avenue, New York, NY
- 665 Pelham Parkway, Bronx, NY
- 717 Southern Boulevard, Bronx, NY
- 72-17 Jamaica Avenue, Jamaica, NY
- 764 Elmont Road, Elmont, NY
- 795 Morris Park Avenue, Bronx, NY
- 86-01 101st Street, Ozone Park, NY
- 87-15 115th Street, Richmond Hill, NY
- 90-04 Merrick Boulevard, Jamaica
- 910 E Gun Hill Road, Bronx, NY
- 92-07 Roosevelt Avenue, Jackson Heights, NY

- 97-01 101st Avenue, Ozone Park, NY