UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO
CASUALTY CO.,

                Plaintiffs,

   -against-

BRUCE JACOBSON, D.C., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
15-cv-7236 (ERK)(RML)

**JOINT NOTICE OF SETTLEMENT**

      Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO") and Defendants Bruce Jacobson, D.C., BMJ Chiropractic, P.C., NJ Pain Treatment, P.C., Jacobson Chiropractic, P.C., Dr. Bruce Jacobson DC, P.C., NJ Neuro & Pain, P.C., Diana Beynin, D.C., Peter Albis, D.C., Gerlando Zambuto, D.C., and Jongdug Park, D.C. (collectively, "Defendants" and, collectively with GEICO the "Parties") hereby notify the Court that the Parties have agreed to a settlement in principle to resolve the claims in this case. The Parties are preparing the settlement documents and anticipate filing a stipulation of dismissal within 30 days. The Parties respectfully request that all deadlines, including the deadline to file proposed jury instructions, and trial dates be adjourned sine die.

5410576.v1

Dated: August 12, 2021

| | |
|---|---|
| RIVKIN RADLER LLP | SCHWARTZ, CONROY & HACK, P.C. |
| By: \_\_\_\_\_/s/_____<br>   Max Gershenoff, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556<br>*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.* | By: \_\_\_\_\_/s/_____<br>   Matthew Conroy, Esq.<br>666 Old Country Road, Ninth Floor<br>Garden City, New York 11530<br>*Counsel for Defendants Bruce Jacobson, D.C., BMJ Chiropractic, P.C., NJ Pain Treatment, P.C., Jacobson Chiropractic, P.C., Dr. Bruce Jacobson DC, P.C., NJ Neuro & Pain, P.C., Diana Beynin, D.C., Peter Albis, D.C., Gerlando Zambuto, D.C., and Jongdug Park, D.C.* |

5410576.v1